Solomon L. Pakas v. Walter J. Clarke.— Motions denied.

Walter C. Carr and Others v. Horatio G. Kimball and Others.— Motion denied.

Emily Heiter, an Infant, v. Adrian H. Joline and Others, as Receivers. Charles Lehman-Charley v. Herman De Selding.   Lewis M. Isaacs and Others v. Haines Realty Corporation.   Oscar Hammerstein v. New York Press Company. Charles F. Muller and Others, as Surviving Executors, v. Jacob Brodie and Others.   Charles F. Muller and Others, as Surviving Executors, v. Louis Silverman, Impleaded, etc.— Motions denied, with ten dollars costs.

Nene van T. Fenn and Others v. W. M. Ostrander, Incorporated, and Others. — Motion granted on condition that the moving party give a bond to pay the costs and disbursements of the reference and the costs on appeal if the order be affirmed or the appeal dismissed.   Settle order on notice.

In the Matter of Isadore L. Pascal, an Attorney. — Proceedings dismissed. Settle order on notice.

Marie E. Schwartz v. Henry Kayser.— Motion granted, with ten dollars costs.

J. Coleman Drayton, Respondent, v. The Franco-American Ferment Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

In the Matter of the City of New York, etc.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

The Mutual Life Insurance Company of New York v. Mary E. Bailey, Individually and as Administratrix, etc., of Samuel Bailey, Deceased, and Others, Impleaded with William T. Washburn, as Sole Surviving Executor, etc., of Benjamin Richardson, Deceased, Appellant, and William H. Birdsall and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

John J. Becker, Appellant, v. Flatiron Restaurant Company and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements.   No oplnion.

Max Sklar, Appellant, v. Michael L. Greenfield and Julius Block, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Allan McLane Hamilton, Respondent, v. Mary C. Thaw, Appellant.— Order reversed, without costs, and motion granted, without costs, to the extent stated in order.   No opinion.

John H. O'Neil, Respondent, v. Manufacturers' Automatic Sprinkler Company, Appellant.— Order modified as provided in order and as modified affirmed, with ten dollars costs and disbursements to appellant.   No opinion.

Petroleum Products Company, Respondent, v. Willard O. Felt, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Henriette D. Marks, Appellant, v. Abraham Schnitzler, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.